Submitted on record and briefs July 19, affirmed August 16, 2006

In the Matter of
Joseph Manzanares, a Youth.

STATE ex rel JUVENILE DEPARTMENT
OF WASHINGTON COUNTY,
*Respondent,*

*v.*

Joseph MANZANARES,
*Appellant.*

J03-0733; A124590

140 P3d 1196

Susan D. Isaacs filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Benjamin R. Hartman, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Wollheim, Judge.*

PER CURIAM

Affirmed. *State v. Stickney*, 195 Or App 155, 97 P3d 1205 (2004), *rev den*, 338 Or 17 (2005); *State ex rel Juv. Dept. v. Orozco*, 129 Or App 148, 878 P2d 432 (1994), *rev den*, 326 Or 58 (1997).

---

* Wollheim, J., *vice* Ceniceros, S. J.